IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3010 |
| V. | ) | |
| | ) | |
| ALBA GRISELDA LIMA-RIVERA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

Having reviewed the Pretrial Services Report (filing 13), and noting that the defendant appeared before an immigration judge, was released on her own recognizance based on her strong ties to the community, and further recognizing that the defendant has posted a cash bond,

IT IS ORDERED that, after de novo review, the plaintiff's appeal of the magistrate judge's order of release (filing 24) is denied.

May 7, 2007.                    BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge