IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3010 |
| | ) | |
| V. | ) | |
| | ) | |
| ALBA GRISELDA LIMA-RIVERA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing the views of the lawyers in a conference call,

IT IS ORDERED that the government's motion for expedited sentencing hearing (filing 27) is denied.

May 10, 2007.                         BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge