IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3010 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| ALBA GRISELDA LIMA-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's initial appearance on petition for action on conditions of pretrial release (filing 33) and sentencing are scheduled before United States District Judge Richard G. Kopf on Tuesday, February 12, 2008, at 3:00 p.m. The defendant shall be present unless excused by the court.

   February 11, 2008.         BY THE COURT:

                              *S/Richard G. Kopf*
                              United States District Judge