FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 FEB 20 PM 1:49

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3010 |
| vs. | ) | |
| ALBA GRISELDA LIMA-RIVERA, | ) | ORDER |
| Defendant. | ) | |

The United States having moved for the forfeiture of the deposit of a Cash Bond of Alba Griselda Lima-Rivera for her failure to appear for sentencing on July 24, 2007, and the Court having grated said motion and directed the Clerk of the Court to pay the government the $1,000.00 appearance bond (Filing No. 37).

IT IS SO ORDERED that the $1,000.00 Cash Bond of Alba Griselda Lima-Rivera is hereby forfeited to the United States and directs the Clerk of the Court to transfer to the Crime Victim Fund the cash deposit of $1,000.00.

Dated this 20th day of February, 2008.

BY THE COURT,

RICHARD G. KOPF
JUDGE, U.S. DISTRICT COURT